# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **SCHUMACHER,** *et al.* | : | Case No.: 1:13-CV-00232 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| **STATE AUTOMOBILE MUTUAL** | : | |
| **INSURANCE COMPANY,** *et al.* | : | |
| | : | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Dated: March 13, 2015

/s/ *Janet G. Abaray*
Janet G. Abaray (0002943)
Melanie S. Bailey (0075821)
David C. Harman (0087882)
BURG SIMPSON
ELDREDGE HERSH & JARDINE P.C.
312 Walnut St., Suite 2090
Cincinnati, OH 45202
(513) 852-5600
(513) 852-5611 (facsimile)
jabaray@burgsimpson.com
mbailey@burgsimpson.com
dharman@burgsimpson.com

*Attorneys for Plaintiffs*

/s/ *James P. Gaughan* (*with consent*)
James P. Gaughan, Esq.
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
Phone: (312) 258-5500
Fax: (312) 258-5600
*Pro Hac Vice*

Matthew J. Smith, Esq.
Smith, Rolfes & Skavdahl Co. LPA
600 Vine Street, Suite 2600
Cincinnati, OH 45202
Phone: (513) 579-0080
Fax: (513) 579-0222

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

James P. Gaughan, Esq.
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
Phone: (312) 258-5500
Fax: (312) 258-5600
*Pro Hac Vice*

Matthew J. Smith, Esq.
Smith, Rolfes & Skavdahl Co. LPA
600 Vine Street, Suite 2600
Cincinnati, OH 45202
Phone: (513) 579-0080
Fax: (513) 579-0222

*Attorneys for Defendants*

                                                    */s/ Janet G. Abaray*